IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-00023 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ASHTON RYAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court for consideration of the Report and Recommendation (R&R) issued by United States Magistrate Judge James E. Grimes, Jr. having considered and recommended, *inter alia*, finding that Defendant Ashton Ryan is competent to stand trial under the standards established by 18 U.S.C. section 4241 and pertinent Supreme Court precedent. *See* R. 17. Neither party has asserted an objection to the R&R, and the matter is ripe for consideration.

The Court has reviewed *de novo* the issue of defendant's competency, the R&R of the Magistrate Judge along with the records in the case docket, including the transcript of the competency hearing and the report of Robin Watkins, PhD., Board Certified Forensic Psychiatrist. The Court determines that the R&R is well-supported in fact and law. The Court therefore orders that the R&R is hereby ADOPTED. The Court hereby orders that the Defendant is competent to stand trial.

IT IS SO ORDERED.

Date: August 25, 2023

/s/*David A. Ruiz*
David A. Ruiz
United States District Judge